IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATALIA M. QUEVEDO,

    Plaintiff,

v.                                          CIV 16-0850 JCH/KBM

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social
Security Administration,

    Defendant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 15, 2018 *(Doc. 30).* The proposed findings notify the parties of their ability to file objections within fourteen (14) days and that failure to do so waives appellate review. To-date, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 30)* is ADOPTED;

2.     Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (*Doc. 21*) is DENIED.

---

[1] Effective January 20, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is therefore substituted for former Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

3. A final order is entered concurrently herewith.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE